### SAMUEL T. LAWRENCE Jr.. &c. VS. THE NEW JERSEY RAILROAD AND TRANS-PORTATION COMPANY.

A suit against a *foreign* corporation can not be commenced by original writ or summons. Attachment is the only mode provided by statute.

*Motion by defendants to quash the original writ or summons in this cause for irregularity.*—Defendants showed that they were a corporation created exclusively under and by the laws of the state of New Jersey, and their whole capital stock was invested in a railroad and its appurtenances within the state of New Jersey.

The original writ or summons was served on the president of the com-

pany in the city of New York, where it was alleged the defendants had an office for the transaction of business: the president's residence being at Newark, N. J.

A. Taber, *Defts Counsel.*          Francis Griffin, *Defts Atty.*

P. Cagger, *Defts Counsel.*          Wm. Grandin, *Defts Attys.*

Beardsley, Justice.—Held, that a suit against a *foreign* corporation could not be commenced by original writ or summons. The statute prescribed the mode, which was by attachment. (2 *R. S.* 459) Motion granted, with costs.